William J. Z. Beatty and Mary Ella Beatty, his wife, Howell T. Lykes and Osceola Byrd, Appellants, v. The Equitable Building and Loan Association, Appellee.

## Division A.

Appeal from Circuit Court, Hillsborough county; Joseph B. Wall, Judge.

Solon B. Turman for appellants.

No appearance for appellee.

The bill in this cause was filed by the appellee against

the appellants. There was decree for the complainant, and the defendants appeal. The decree is affirmed.

Decision *Per Curiam*.